JEFFREY HABICHT *v.* BRIAN P. SULLIVAN ET AL.
(AC 28207)

DiPentima, Gruendel and Lavine, Js.

Argued November 30, 2007—officially released January 15, 2008

Per Curiam. The judgment is affirmed.

WILLIE HARRIS *v.* COMMISSIONER OF CORRECTION
(AC 28526)

DiPentima, McLachlan and Lavine, Js.

Submitted on briefs January 4—officially released February 5, 2008

Per Curiam. The judgment is affirmed.

MIGUEL BELTRAN *v.* COMMISSIONER OF
CORRECTION
(AC 28331)

Flynn, C. J., and Gruendel and Robinson, Js.

Submitted on briefs January 4—officially released February 5, 2008

Per Curiam. The appeal is dismissed.